# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Shia–Ling Jeng Leu<br>  aka   Charlene Leu<br>            Debtor(s) | Case No.: 14–43945 CN 7<br>Chapter:  7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT
## CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:**  December 9, 2014 | **TIME:**  9:00 AM |
|---|---|
| **LOCATION:**  Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 | |

A failure of the debtor(s) to appear at the aforementioned continued meeting of creditors may result in dismissal of this case without further notice or hearing.

Dated: <u>11/13/14</u>

By the Court:

Charles Novack
United States Bankruptcy Judge