```
                    United States Bankruptcy Court
                    Northern District of California
```

In re:                                                    Case No. 14-43945-CN
Shia-Ling Jeng Leu                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4        User: rasingh         Page 1 of 2          Date Rcvd: Nov 13, 2014
                           Form ID: OCH           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2014.
```
db            +Shia-Ling Jeng Leu,   960 Springview Cir.,    San Ramon, CA 94583-4720
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,   ACCOUNT REFERENCE GROUP MIC 29,   P O BOX 942879,
                SACRAMENTO CA 94279-0029
               (address filed with court:  State Board of Equalization,   Collection Dept.,   P.O. Box 942879,
                Sacramento, CA  94279)
smg           +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
13840649       American Express,   c/o Becket & Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
13840650      +American Express Centurion Bank,   c/o Bleier & Cox,   16130 Ventura Blvd,   Ste 620,
                Encino, CA 91436-2542
13840651      +Atty Gen, US Dept of Justice,   Civil Trial Sec., Western Reg.,
                PO Box 683, Ben Franklin Stat.,   Washington, DC 20044-0683
13840652      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,   Attention: Recovery Department,
                4161 Peidmont Pkwy.,   Greensboro, NC 27410)
13840653      +Bob Han,   c/o David Jeng,   3142 Balmoral Dr,   San Jose, CA 95132-1705
13840658      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
                Kansas City, MO 64195)
13840656       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13840657      +Capital One Master Card,   P.O. Box 60024,   City Of Industry, CA 91716-0024
13840659      +David Jeng,   3142 Balmoral Dr,   San Jose, CA 95132-1705
13840661      +Discover Bank,   Cir. Law Offices,   PO Box 23189,   San Diego, CA 92193-3189
13840664      +Great Western Collection Bureau,   311 California St,,   Suite 330,
                San Francisco, CA 94104-2605
13840665      +Gryphone Solutions, LLC,   17772 Irvine Blvd. #203,   Tustin, CA 92780-3234
13840666      +Hseuh-Kuan Lu,   11164 la paloma dr,   Cupertino, CA 95014-4773
13840667      +Hunt & Henriques,   151 Bernal Road, Suite 8,   San Jose, CA 95119-1491
13840669      +Jay Fink,   1865 Las Gallinas,   San Rafael, CA 94903-1745
13840673      +Mortgage Service Center,   Attn: Bankruptcy Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
13840674      +PHH Mortgage Services,   P.O. Box 5452,   Mount Laurel, NJ 08054-5452
13840675      +Shau shan leu,   960 springview Cir,   San Ramon, CA 94583-4720
13840677      +Tate & Kirlin Associates,   2810 South Hampton Road,   Philadelphia, PA 19154-1207
13840678      +US Attorney, Chief Tax Division,   For the CA Franchise Tax Board,   450 Golden Gate, Ave,
                10th Floor, Box 36055,   San Francisco, CA 94102-3661
13840679      +WAMCO,   3128 Red Hill Ave.,   Costa Mesa, CA 92626-4525
13840680      +Wells Fargo Home Mortgage,   Po Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: itcdbg@edd.ca.gov Nov 14 2014 02:45:10     CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Nov 14 2014 02:45:59     CA Franchise Tax Board,
                Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
13840654      +E-mail/Text: ebn@squaretwofinancial.com Nov 14 2014 02:45:47     Cacv of Colorado, LLC,
                4340 South Monaco St.,   Denver, CO 80237-3408
13840655      +E-mail/Text: cms-bk@cms-collect.com Nov 14 2014 02:45:07     Capital Management Services, LP,
                726 Exchange Street, Suite #700,   Buffalo, NY 14210-1464
13840660      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2014 03:09:08     Discover Bank,
                PO Box 3025,   New Albany, OH 43054-3025
13840662      +E-mail/Text: BKBNCNotices@ftb.ca.gov Nov 14 2014 02:45:59     Franchise Tax Board,
                Bankruptcy Unit Ste 120,   11031 Sun Center Dr,   Rancho Cordova, CA 95670-6110
13840668       E-mail/Text: cio.bncmail@irs.gov Nov 14 2014 02:45:02     Internal Revenue Service,
                PO Box 21126,   Philadelphia, PA 19114
13840672      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2014 02:45:18     Midland Credit Management Inc.,
                PO Box 603,   Oaks, PA 19456-0603
                                                                         TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13840663       GDE-Labank Village LLC
13840676       Sheer Investment Company,   Fdw House,   Blackthorn Business Park,   Coes Rd.,   Dundalk, CO
13840671      ##+LVNV  Funding LLC,   P.O. Box 3038,   Evansville, IN 47730-3038
13840670      ##+Law Office of Collins,   92 Argonant,   Suite 200,   Aliso Viejo, CA 92656-4121
                                                                    TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2014 at the address(es) listed below:
              John  Kendall    jkendall.trustee@sbcglobal.net,  ca70@ecfcbis.com,
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,  ltroxas@hotmail.com
              Scott J. Sagaria    on behalf of Debtor Shia-Ling Jeng Leu ECFGotNotices@Gmail.com,
               ecf@sagarialaw.com
                                                                              TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Shia–Ling Jeng Leu | Case No.: 14–43945 CN 7 |
|   aka  Charlene Leu | Chapter: 7 |
|       Debtor(s) | |

**ORDER FOR DEBTOR(S) TO APPEAR AT**
**CONTINUED MEETING OF CREDITORS**

Parties are hereby notified that the meeting of creditors is continued to:

| | |
|---|---|
| **DATE:** December 9, 2014 | **TIME:** 9:00 AM |

**LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612

A failure of the debtor(s) to appear at the aforementioned continued meeting of creditors may result in dismissal of this case without further notice or hearing.

Dated: <u>11/13/14</u>

By the Court:

Charles Novack
United States Bankruptcy Judge