2

SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 4

| | |
|---|---|
| In Re: | Case No.: 14-43945-CN |
| **SHIA-LING JENG LEU**, | Chapter 7 |
| Debtors. | **NOTICE OF OPPORTUNITY FOR HEARING RE: DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION PURSUANT TO 11 U.S.C. §522(f)** |
| | Judge: Hon. Charles Novack |

**To the United States Bankruptcy Court, the Honorable Charles Novack, the United States Trustee, the Chapter 7 Trustee, American Express Centurion Bank, Bleier & Cox, Bob Han, an individual, David Jeng, an individual, CACV of Colorado, LLC, Capital One, NA, Discover Bank, GDE-Labank Village, LLC, Great Western Collection Bureau, Hseuh-Kuan Lu, LVNV Funding, LLC, Midland Credit Management, Inc., Mortgage Service Center, Sheer Investment Company, WAMO, Wells Fargo Home Mortgage, all creditors, and all other parties in interest:**

**NOTICE IS HEREBY GIVEN** that debtor Shia-Ling Jeng Leu (hereinafter "Debtor") has filed a Motion to Void Lien Impairing an Exemption to which she is entitled. This motion

seeks to void the lien on the Debtor's residence commonly known as 960 Springview Circle, San Ramon, California 94583; APN: 413-460-035-8 (hereinafter "Property"). Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Code for the Northern District of California prescribes the procedures to be followed and that 1) any objection to requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within twenty-one (21) days of mailing of the Notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the objecting party wishes to represent in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor's attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 7 Trustee in the case, in the even an objection or request for hearing is timely made.

**SAGARIA LAW, P.C.**

Dated: January 5, 2015    By:    */s/ Elliot Gale, Esq.*
                                 Elliot Gale, Esq.
                                 Attorney for Debtor

NOTICE OF OPPORTUNITY FOR HEARING RE: DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION PURSUANT TO 11 U.S.C. §522(f) -2-

Case: 14-43945    Doc# 17    Filed: 01/05/15    Entered: 01/05/15 17:42:12    Page 2 of 2