1  SCOTT J. SAGARIA (BAR # 217981)
   ELLIOT GALE (BAR # 263326)
2  SAGARIA LAW, P.C.
   2033 Gateway Place, Floor 5
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 4

| | |
|---|---|
| In Re:<br><br>**SHIA-LING JENG LEU**,<br><br>Debtor. | Case No.: 14-43945-CN<br>RS No.: CGS-001<br><br>Chapter 7<br><br>**DEBTOR'S STATEMENT OF NON-OPPOSITION TO MERRY JENG AND BOB HANS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:     January 9, 2015<br>Time:    10:00 a.m.<br>Judge:   Hon. Charles Novack<br>Crtrm:   215<br>Location: 1300 Clay Street<br>               Oakland, California |

Shia-Ling Jeng Leu (hereinafter "Debtor"), by and through her attorney of record, Sagaria Law, P.C., hereby submits her Statement of Non-Opposition to Merry Jeng and Bob Hans' Motion for Relief from the Automatic Stay filed on December 9, 2014 (hereinafter "Motion").

                                                                               **SAGARIA LAW, P.C.**

Dated:   January 9, 2015                       By:    _/s/ Elliot W. Gale_
                                                                                   Elliot W. Gale, Esq.
                                                                                      Attorney for Debtor