SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 4

| In Re: | Case No.: 14-43945-CN |
|---|---|
| **SHIA-LING JENG LEU**, | Chapter 7 |
| Debtor. | **WITHDRAWAL OF DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION PURSUANT TO 11 U.S.C. §522(f)** |
| | Judge: Hon. Charles Novack |

Shia-Ling Jeng Leu, debtor in the above-referenced matter, hereby withdraws her Motion to Void Lien Impairing Exemption Pursuant to 11 U.S.C. §522(f) filed on January 6, 2015, and appearing on the Court's docket as docket number 28.

**SAGARIA LAW, P.C.**

Dated: January 9, 2015    By:  /s/ Elliot W. Gale
                               Elliot W. Gale, Esq.
                               Attorney for Debtor